AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WRIGHT, SUSAN W. | EASTERN DISTRICT OF ARKANSAS | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Active) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▨ Trusts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | self-employed attorney and consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First Amendment Center | 2/16/11 through 2/18/11 | Nashville, TN | judge for moot court competition | travel, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WRIGHT, SUSAN W.** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Money Mkt Assets | A | Interest | K | T | | | | | |
| 2. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 3. TIAA/CREF-1 S403(b) | C | Interest | N | T | | | | | |
| 4. Regions Bank Account | A | Interest | | | Closed | 07/15/11 | J | | See Note A. |
| 5. Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 6. Monsanto | D | Dividend | K | T | | | | | |
| 7. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 8. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | K | T | | | | | |
| 9. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | J | T | | | | | |
| 10. Putnam Fnd for Gwth & Inc CLB | A | Dividend | J | T | | | | | |
| 11. First Star Bank, AR | A | Interest | J | T | | | | | |
| 12. Regions Bank | A | Interest | | | Closed | 07/15/11 | J | | See Note A. |
| 13. Ing | B | Interest | K | T | | | | | |
| 14. Metropolitan Bank Account | A | Interest | K | T | Open | 07/15/11 | J | | See Note A. |
| 15. ▢ Trust (MSDW ▢) | A | Dividend | | | Distributed | 08/16/11 | J | | |
| 16. - Morgan Stanley Bank, NA (Y) | A | Int./Div. | | | Closed | 01/15/11 | J | | |
| 17. - SPDR Series 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T.D. Williamson, Inc. C.S. (Ed.) | D | Dividend | N | T | | | | | |
| 19. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 20. Putnam Fd. For Growth & Inc B | A | Dividend | J | T | | | | | |
| 21. Regions Bank Money Mkt acct | A | Interest | K | T | | | | | |
| 22. Municipal Bonds (MSDW) | A | Interest | M | T | | | | | |
| 23. - Little River AR Rev Bds (refnding Ga.-Pacific Corp) | | | | | | | | | |
| 24. - Conway Arkansas Wastewtr Rev | | | | | | | | | |
| 25. - University of Arkansas Univ Revs Various Fac-FV Ser A B/E | | | | | | | | | |
| 26. - AR St-Dev Fin Auth Rev Epis. Collegiate Schl. Proj B/E | | | | | | | | | |
| 27. Putnam OTC Emerg Grwth T.C1. B | A | Dividend | J | T | | | | | |
| 28. Fundamental Invester Inc | A | Dividend | J | T | | | | | |
| 29. Global Marine | A | Dividend | J | T | | | | | |
| 30. New Perspectives Fund Inc | A | Dividend | J | T | | | | | |
| 31. Oppenheimer Main St. Fund Inc. & Grw. F.C1. B | A | Dividend | K | T | | | | | |
| 32. Putnam Fd. for Grwth & Inc C1 B | A | Dividend | K | T | | | | | |
| 33. Washington Mutual Investers | A | Dividend | J | T | | | | | |
| 34. ▨ Testamentary Trust I ▨ MSDW | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Balanced Growth Fund A (MS I) | | | | | | | | | |
| 36. - Balanced Growth Fund B (MS I) | | | | | | | | | |
| 37. - Dividend Grwth Securities A (MS1) | | | | | | | | | |
| 38. - Dividend Grwth Securities B (MS1) | | | | | | | | | |
| 39. - Strategist Fund A (MS1) | | | | | | | | | |
| 40. - Global Advantage Fd B (prev - Euro Grwth Fd B (MS1) | | | | | | | | | |
| 41. - Aggressive Equity Fd B (MS1) | | | | | | | | | |
| 42. - Strategist Fund B (MS1) | | | | | | | | | |
| 43. - AIM Cap. Dev. A | | | | | | | | | |
| 44. - Amer Gr Fd of America F | | | | | | | | | |
| 45. - Fidel Adv Dvrsfd Intl A | | | | | | | | | |
| 46. - Lazard Emerging Markets I | | | | | | | | | |
| 47. - Phoenix Multi-Sector S/T BD A | | | | | | | | | |
| 48. - PIMCO Ttl Ret A | | | | | | | | | |
| 49. - RS Partners A | | | | | | | | | |
| 50. - TCW Galileo Div Focus N | | | | | | | | | |
| 51. - MS____ Active Asset Money Fnd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.   Testamentary Trust II (MSDW) | A | Int./Div. | M | T | | | | | |
| 53.  - Aston/Optim Mid Cap N | | | | | | | | | |
| 54.  - Cohen & Steers Intl Realty A | | | | | | | | | |
| 55.  - Hartford Cap Apprec A | | | | | | | | | |
| 56.  - Lazard Emerging Mkts Open | | | | | | | | | |
| 57.  - MSIF Intl SmallCap P | | | | | | | | | |
| 58.  - Pimco Total Return A | | | | | | | | | |
| 59.  - RS Partners A | | | | | | | | | |
| 60.  - TCW Div Focused N | | | | | | | | | |
| 61.  - US Treasury Note | | | | | | | | | |
| 62.  - Money Fund 1 (MSDW) | | | | | | | | | |
| 63.   Trust 1 (MSDW) | A | Interest | L | T | | | | | |
| 64.  - Activision Inc. | | | | | Sold | 01/24/11 | J | A | |
| 65.  - Amphenol Corp. New Cl.A | | | | | Sold | 01/24/11 | J | A | |
| 66.  - Baker-Hughes Inc | | | | | Sold | 01/24/11 | J | A | |
| 67.  - Bank of America Corp | | | | | Sold | 01/24/11 | J | A | |
| 68.  - Caterpillar | | | | | Sold | 01/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Citrix Systems Inc. | | | | | Sold | 01/24/11 | J | A | |
| 70. - CVS/Caremark RX (merger) | | | | | Sold | 01/24/11 | J | A | |
| 71. - Danaher Corporation | | | | | Sold | 01/24/11 | J | A | |
| 72. - Devon Energy | | | | | Sold | 01/24/11 | J | A | |
| 73. - El Paso Corporation | | | | | Sold | 01/24/11 | J | A | |
| 74. - El Paso Corporation | | | | | Sold | 01/24/11 | J | A | |
| 75. - Johnson & Johnson | | | | | Sold | 01/24/11 | J | A | |
| 76. - JP Morgan Chase & Co. | | | | | Sold | 01/24/11 | J | A | |
| 77. - NII Holdings, Inc. | | | | | Sold | 01/24/11 | J | A | |
| 78. - Noble Corporation | | | | | Sold | 01/24/11 | J | A | |
| 79. - Oracle Corporation | | | | | Sold | 01/24/11 | J | A | |
| 80. - Polo Ralph Lauren | | | | | Sold | 01/24/11 | J | A | |
| 81. - Praxair Inc | | | | | Sold | 01/24/11 | J | A | |
| 82. - Procter & Gamble Company | | | | | Sold | 01/24/11 | J | A | |
| 83. - Qualcomm Inc. | | | | | Sold | 01/24/11 | J | A | |
| 84. - Republic Services | | | | | Sold | 01/24/11 | J | A | |
| 85. - Staples, Inc. | | | | | Sold | 01/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Teva Pharmaceuticals Inds Adr | | | | | Sold | 01/24/11 | J | A | |
| 87. - TD Ameritrade Holding Corp | | | | | Sold | 01/24/11 | J | A | |
| 88. - IShares Barclays Tips BD FD | | | | | Buy | 01/24/11 | J | | |
| 89. - IShares JP Morgan EM Bond FD | | | | | Buy | 01/24/11 | J | | |
| 90. - IShares MSCI Canada Index Fd | | | | | Buy | 01/24/11 | J | | |
| 91. - IShares MSCI EAFE Fund | | | | | Buy | 01/24/11 | J | | |
| 92. - IShares S&P 500 Grwth Index | | | | | Buy | 01/24/11 | J | | |
| 93. - IShares S&P 500 Value Index | | | | | Buy | 01/24/11 | J | | |
| 94. - IShares S&P Midcap 400 Index | | | | | Buy | 01/24/11 | J | | |
| 95. - IShares S&P Smallcap 600 Index | | | | | Buy | 01/24/11 | J | | |
| 96. - IShares TR MSCI Small Cap | | | | | Buy | 01/24/11 | J | | |
| 97. - Powershares DB Comm Trk Inc. | | | | | Buy | 01/24/11 | J | | |
| 98. - SPDR DJ Wilshire Global REA | | | | | Buy | 01/24/11 | J | | |
| 99. - SPDR Ser. Trust DB Inv Gvt | | | | | Buy | 01/24/11 | J | | |
| 100. - Vanguard Emrg Mkts ETF | | | | | Buy | 01/24/11 | J | | |
| 101. - IShares Silver Trust | | | | | Buy | 09/01/11 | J | | |
| 102. - IShares MSCI Aust Index Fund | | | | | Buy | 12/08/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Utilities Sec Sec SPDR Fund | | | | | Buy | 11/17/11 | J | | |
| 104. - Wisdomtree Trust Emrg Mkt Eqt | | | | | Buy | 12/08/11 | J | | |
| 105. - US Treasury Note | | | | | | | | | |
| 106. Washington Mutual Inv Fd (IRA) | A | Dividend | J | T | | | | | |
| 107. Equity Inc. Fd. Sel. Ten 97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 108. Fundamental Investor Inc (IRA) | A | Dividend | J | T | | | | | |
| 109. New Perspective Fd. Inc (IRA | A | Dividend | J | T | | | | | |
| 110. Putnam Fd. for Grwth & Inc Cl B (IRA) | C | Dividend | J | T | | | | | |
| 111. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 112. John Hancock Fin. Ind. Fd. C1a | A | Dividend | J | T | | | | | |
| 113. Tarrant Cnty. TX Hlth. Facs Dev Corp | A | Dividend | J | T | | | | | |
| 114. ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |
| 115. Brokerage Acct [        ] Trust | D | Int./Div. | M | T | | | | | |
| 116. - Blackrock Muni. Fd. | | | | | | | | | |
| 117. - Wells Fargo Company | | | | | | | | | |
| 118. - Nuveen Municipal Value F | | | | | | | | | |
| 119. - Nuveen Insured Tax Free | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
   (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
   (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
   | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
   (See Column C2) | U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Evergreen Intl Tr Prec Metals Fnd C1 A MF | | | | | | | | | |
| 121.  - IBM | | | | | | | | | |
| 122.  - IShares TR Consumer Cyclical | | | | | | | | | |
| 123.  - Powershares Aerospace & Defense Portfolio | | | | | | | | | |
| 124.  - Little Rock AR Swr Rev Constr Ser A B/E FSA Mun. Bonds | | | | | | | | | |
| 125.  - Nuveen Select Tax Free Income Port 2 SBI | | | | | | | | | |
| 126.  - American Electric Power Inc. | | | | | Buy | 05/13/11 | J | | |
| 127.  Brokerage Acct._____ (IRA) | C | Int./Div. | N | T | | | | | |
| 128.  - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | | | | | | | | | |
| 129.  -IShares Tr S&P Midcap 400 Index | | | | | | | | | |
| 130.  - IShares Tr S&P 500 Index Fd. | | | | | | | | | |
| 131.  - Merrill Lynch Pfd Cap | | | | | | | | | |
| 132.  - Money Market -Wells Fargo | | | | | | | | | |
| 133.  - US Treas Note | | | | | | | | | |
| 134.  - Fed Natl Mtg Assn Bonds | | | | | | | | | |
| 135.  - Fed Natl Mtg Assn Notes | | | | | | | | | |
| 136.  - Fed Home Loan Mtg Notes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - US Treas Bonds | | | | | | | | | |
| 138. - US Treas Bonds | | | | | | | | | |
| 139. - US Treas Inflation Index Notes | | | | | | | | | |
| 140. - Treasury Inflation Index | | | | | | | | | |
| 141. - Treasury Inflation Index CPN | | | | | | | | | |
| 142. - Pimco Fixed Income Shares Series C | | | | | | | | | |
| 143. - Pimco Advisors Fxd Inc. Series M | | | | | | | | | |
| 144. - Powershares Aerospace & Defense Portfolio PPA | | | | | | | | | |
| 145. - Altria Group Inc. | | | | | Buy | 11/14/11 | J | | |
| 146. - Apple Inc. | | | | | Buy | 11/14/11 | J | | |
| 147. - Arch Coal Inc. | | | | | Buy | 11/17/11 | J | | |
| 148. - AT&T Inc. | | | | | Buy | 11/14/11 | J | | |
| 149. - ETFS Physical Precious Metals Basket Trust | | | | | Buy | 11/14/11 | J | | |
| 150. - General Mills Inc. | | | | | Buy | 11/14/11 | J | | |
| 151. - IShares Barclays MBS Bond Fd | | | | | Buy | 11/14/11 | J | | |
| 152. - IShares Barclays 7-10 Yr. Treas. Bond | | | | | Buy | 11/14/11 | J | | |
| 153. - IShares Barclays Intermediate Credit Bond Fund | | | | | Buy | 11/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - IShares Barclays ET 1-3 Year Credit Bond | | | | | Buy | 11/14/11 | J | | |
| 155. - IShares Barclays 3-7 Year Treas. Bond | | | | | Buy | 11/14/11 | J | | |
| 156. - IShares IBOXX Inv ET Gr. Corp Bond Fd | | | | | Buy | 11/14/11 | J | | |
| 157. - IShares S&P US Preferred Stock | | | | | Buy | 11/14/11 | J | | |
| 158. - McDonalds Corp. | | | | | Buy | 11/14/11 | J | | |
| 159. - Norfolk Southern Corp | | | | | Buy | 11/14/11 | J | | |
| 160. - Pepsico Incorporated | | | | | Buy | 11/14/11 | J | | |
| 161. - Pfizer Incorporated | | | | | Buy | 11/14/11 | J | | |
| 162. - Powershares Em Mar ET Sov De PT | | | | | Buy | 11/14/11 | J | | |
| 163. - Proctor & Gamble Co. | | | | | Buy | 11/14/11 | J | | |
| 164. - Select Spector SPDR TR Util Sel. Sector | | | | | Buy | 11/14/11 | J | | |
| 165. - SPDR Barclays Cap Hi-Yield Bond ETF | | | | | Buy | 11/14/11 | J | | |
| 166. WF IRA Brok.3 ▒▒▒ | A | Int./Div. | M | T | | | | | |
| 167. - AT&T Inc. | | | | | | | | | |
| 168. Univ AR Univ Revs Various FAC-Fayetteville Series (MUN.BONDS | A | Dividend | J | T | | | | | |
| 169. WF Brok. Acct. 1 (IRA) ▒▒ (Cash) | A | Interest | J | T | | | | | |
| 170. WF Brok.3 ▒▒▒ | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Air Prods & Chemicals Inc. | A | Dividend | J | T | | | | | |
| 172. - Alcoa Inc. | A | Dividend | J | T | | | | | |
| 173. - AmEx | A | Dividend | J | T | | | | | |
| 174. - Bank of America Corp. | A | Dividend | J | T | | | | | |
| 175. - Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 176. - Chevron Corp. | A | Dividend | J | T | | | | | |
| 177. - Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 178. - Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 179. - CSX Corp. | A | Dividend | J | T | | | | | |
| 180. - Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 181. - General Electric Co. | A | Dividend | J | T | | | | | |
| 182. - General Mills, Inc.1 | A | Dividend | J | T | | | | | |
| 183. - Goldman Sachs Group Inc. | A | Dividend | J | T | | | | | |
| 184. - Guess, Inc. | A | Dividend | J | T | | | | | |
| 185. - Healthcare REIT Inc. | A | Dividend | J | T | | | | | |
| 186. - Hewlett-Packard Co. | A | Dividend | J | T | | | | | |
| 187. - Home Depot, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Intel Corp. | A | Dividend | J | T | | | | | |
| 189. - Internl. Bus Machines Corp. | A | Dividend | J | T | | | | | |
| 190. - IShare Tr. S&P Small Cap 600 Index Fd. | A | Dividend | J | T | | | | | |
| 191. - IShares 1BOXX Inv. Grade Corp Bond Fund | A | Dividend | J | T | | | | | |
| 192. - IShares JP Morgan Et Emerging Markets Bond Fd. | A | Dividend | J | T | | | | | |
| 193. - IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 194. - IShares MSCI Malaysia Index Fd. | A | Dividend | J | T | | | | | |
| 195. - IShares TR S&P Midcap 400 Index Fd. | A | Dividend | J | T | | | | | |
| 196. - IShares MSCI Singapore Index Fd. | A | Dividend | J | T | | | | | |
| 197. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 198. IShares TR-Russell [ ] Index Fd. | A | Dividend | J | T | | | | | |
| 199. - JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 200. - Kraft Foods Inc. CL. A | A | Dividend | J | T | | | | | |
| 201. - McDonalds Corp. | A | Dividend | J | T | | | | | |
| 202. - Merck & Co. Inc. New | A | Dividend | J | T | | | | | |
| 203. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 204. - Morgan Stanley Tech ET | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Philip Morris Intl. Inc. | A | Dividend | J | T | | | | | |
| 206.  - Powershares ET Preferred Portfolio PGX | A | Dividend | J | T | | | | | |
| 207.  - Powershares EM Mar. ET Sov DE Pt. PCy | A | Dividend | J | T | | | | | |
| 208.  Sector SPDR TB Technology Sel. Ssector | A | Dividend | J | T | | | | | |
| 209.  - SPDR Barclays Cap Hi Yield Bond ETF Jnk | A | Dividend | J | T | | | | | |
| 210.  - SPDR Barclays Cap Hi Yld. Intl. Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 211.  - United Technologies Corp. | A | Dividend | J | T | | | | | |
| 212.  - V F Corp. | A | Dividend | J | T | | | | | |
| 213.  - Vanguard Emerging Markets ETR | A | Dividend | J | T | | | | | |
| 214.  - Vanguard Energy ETF | A | Dividend | J | T | | | | | |
| 215.  - Vanguard Europe Pacific | A | Dividend | J | T | | | | | |
| 216.  - Vanguard Reit ETF | A | Dividend | J | T | | | | | |
| 217.  - Wal-Mart Stores Inc. | A | Dividend | J | T | | | | | |
| 218.  - 3M Company | A | Dividend | J | T | | | | | |
| 219.  WA Brok.Acct.6 | B | Interest | N | T | | | | | |
| 220.  - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 221.  - AR St. Univ Rev Ref & Constru-Student Fee Mun. Bond | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - AR St. Dev Fin Auth Rev Episcopal Collegiate Sch Proj B/E | A | Int./Div. | J | T | | | | | |
| 223.  Blackrock Muniyld. Inv. Fd. | B | Int./Div. | J | T | | | | | |
| 224.  - Conway WasteWater Rev. Impr. B/Q B/E | A | Int./Div. | K | T | | | | | |
| 225.  - AR St, Ybuv Rev Student Fee Beebe Campus B/E Ambac | A | Int./Div. | K | T | | | | | |
| 226.  - Little Riv Cnty AR Rev RFDG Amt Ga-Pac. Corp Proj | | Int./Div. | K | T | | | | | |
| 227.  - Univ AR Univ Revs Various Fac-Fayetteville Ser A B/E OIL | A | Int./Div. | J | T | | | | | |
| 228.  - Univ. Central AR Rev. Rfdg. | A | Dividend | J | T | | | | | |
| 229.  - Nuveen Sel. Tax Free Income Port 2 SBI | B | Int./Div. | K | T | | | | | |
| 230.  - Nuveen Muni Value Fund Inc. | B | Int./Div. | L | T | | | | | |
| 231.  - Nuveen Ins. Tax Free Adv. Muni Fd NEA | A | Int./Div. | J | T | | | | | |
| 232.  WA Brok. Acct.8 ▨ Ed. Fd. ▨ (cash) | A | Interest | J | T | | | | | |
| 233.  TIAA-CREF ▨ | A | Int./Div. | L | T | | | | | |
| 234.  WF Brok. Acct. 9 IRA ▨ | D | Int./Div. | N | T | | | | | |
| 235.  - Advanced Micro Devices | | | | | | | | | |
| 236.  - Allstate Corp. | | | | | Buy | 8/1/11 | J | | |
| 237.  - American Express | | | | | | | | | |
| 238.  - Anheuser Busch | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.   - AT&T Inc. | | | | | | | | | |
| 240.   - Barrick Gold | | | | | Buy | 8/11/11 | J | | |
| 241.   - Boeing | | | | | Buy | 8/11/11 | J | | |
| 242.   - Broadbridge Financial Solutions | | | | | Buy | 8/11/11 | J | | |
| 243.   - Brocade Communications Systems | | | | | | | | | |
| 244.   - Carefusion | | | | | | | | | |
| 245.   - Centerpoint Energy Inc. | | | | | Buy | 10/1/11 | J | | |
| 246.   - CIT Group, Inc. | | | | | | | | | |
| 247.   - CMS Energy Group | | | | | | | | | |
| 248.   - Comerica Inc. | | | | | | | | | |
| 249.   - Devon Energy Corp | | | | | Sold | 1/24/11 | J | A | |
| 250.   - Directv | | | | | Sold | 1/24/11 | J | A | |
| 251.   - Disney Walt Companhy | | | | | | | | | |
| 252.   - Du Pont E.I. De Nemours & Co. | | | | | | | | | |
| 253.   - El Paso Corp. | | | | | | | | | |
| 254.   - E M C Corp Mass | | | | | | | | | |
| 255.   - Emerson Electric Co. | | | | | Buy | 2/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Energen Electric | | | | | Buy | 02/15/11 | J | | |
| 257. - Energy Bermuda Ltd. | | | | | Buy | 02/15/11 | J | | |
| 258. - Energizer Holdings | | | | | | | | | |
| 259. - Excel Energy | | | | | Buy | 02/15/11 | J | | |
| 260. - Fifth Third Bancorp | | | | | Buy | 2/15/11 | J | | |
| 261. - First Energy Corp. | | | | | Buy | 02/15/11 | J | | |
| 262. - Forest Oil Corp. | | | | | | | | | |
| 263. - General Electric Co. | | | | | | | | | |
| 264. - Gilead Sciences, Inc. | | | | | Buy | 02/15/11 | J | | |
| 265. - Health Care REIT | | | | | | | | | |
| 266. -Heinz H J Co. | | | | | | | | | |
| 267. - Home Depot Inc. | | | | | Sold | 4/11/11 | J | A | |
| 268. - Honeywell Intl. Inc. | | | | | | | | | |
| 269. - Jack in the Box Inc. | | | | | | | | | |
| 270. - JPMorgan Chase & Co. | | | | | | | | | |
| 271. - Knight Capital Group Inc. | | | | | | | | | |
| 272. - Kraft Foods | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Liberty Media Interactive A | | | | | | | | | |
| 274. - Liberty Media Corp. Starz.com Series A | | | | | | | | | |
| 275. - Lorillard Inc. | | | | | | | | | |
| 276. - Medtronic, Inc. | | | | | Buy | 4/11/11 | J | | |
| 277. - Merck & Co Inc. | | | | | | | | | |
| 278. - Metlife Inc. | | | | | | | | | |
| 279. - Microsoft Corp. | | | | | | | | | |
| 280. - Mosaics Co. | | | | | Buy | 4/12/11 | J | | |
| 281. - National Oilwell - Varco | | | | | | | | | |
| 282. - Newfield Exploration Co. | | | | | | | | | |
| 283. - Pfizer Inc. | | | | | | | | | |
| 284. - Procter & Gamble Co. | | | | | Sold | 4/12/11 | J | A | |
| 285. - Progressive Corp. OH | | | | | Sold | 4/12/11 | J | A | |
| 286. - Raytheon Company | | | | | Sold | 4/12/11 | J | A | |
| 287. - Renaissance Holding Ltd. | | | | | Buy | 4/12/11 | J | | |
| 288. - Republic Svces. Inc. | | | | | Sold | 5/12/11 | J | A | |
| 289. - Sirius XM Radio Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.   - Sun Trust Banks Inc. | | | | | Sold | 5/12/11 | J | A | |
| 291.   - Teco Energy Inc. | | | | | Sold | 5/12/11 | J | A | |
| 292.   - Telefonica SA Company | | | | | Sold | 5/12/11 | J | A | |
| 293.   - Time Warner Inc. | | | | | | | | | |
| 294.   - Travelers Cos. | | | | | | | | | |
| 295.   - Union Pacific Corp. | | | | | Buy | 5/12/11 | J | | |
| 296.   - United Continental Hldgs. Co. | | | | | | | | | |
| 297.   - UnitedHealth Group Inc. | | | | | | | | | |
| 298.   - US Bancorp New | | | | | | | | | |
| 299.   - Verizon Communications Co. | | | | | | | | | |
| 300.   - Wells Fargo Co. | | | | | | | | | |
| 301.   - Wyndham Worldwide Corp. | | | | | Buy | 5/12/11 | J | | |
| 302.   - Xcel Energy Co., Inc. | | | | | Sold | 5/11/11 | J | A | |
| 303.   WF IRA [        ] -Roth IRA) | A | Interest | J | T | | | | | |
| 304.   - AT&T Inc. | | | | | | | | | |
| 305.   - Entergy Corp New | | | | | | | | | |
| 306.   Metropolitan National Bank-Little Rock [  ] | A | Interest | J | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Layfayette Co., AR (royalty & fractional mineral interests) | D | Royalty | M | W | | | | | |
| 308. Miller Co., AR (royalty & fractional mineral interest) | A | Royalty | J | W | | | | | |
| 309. Webster Parish, LA (royalty & fractional mineral inter.) | C | Royalty | J | W | | | | | |
| 310. Caddo Parish, LA (royalty & fractional mineral inter.) | C | Royalty | J | W | | | | | |
| 311. Hempstead Co., AR (mineral interest) | | None | J | W | | | | | |
| 312. Miller Co., AR (land) | | None | J | W | | | | | |
| 313. Lafayette Co., AR (land) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note A. Regions' accounts closed. Metropolitan Bank Account opened. Funds merely transferred from one bank to another.

Note B.   Line 333 from 2010 report deleted. This mineral interest in Columbia County, AR was thought to be owned ▇▇▇▇▇▇▇. It was not a holding of ▇ and was listed in error in my 2010 and previous reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544